UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CRIMINAL MINUTES – GENERAL

Case No. 7:17-CR-01-KKC-07    At Lexington    Date July 31, 2023

USA vs Shellie M. Duncan    X present    X custody    ___ bond    ___ OR    Age ___

PRESENT: HON. KAREN K. CALDWELL, U. S. DISTRICT JUDGE

| Kimberly Marsh | Lauren Gootee | Robin McFarland | Cynthia Rieker |
|---|---|---|---|
| Deputy Clerk | Court Reporter | US Probation | Assistant U.S. Attorney |

Counsel for Defendant Patrick E. O'Neill    X present    ___ retained    X appointed

PROCEEDINGS:    **FINAL HEARING ON SUPERVISED RELEASE VIOLATION and ALLOCUTION HEARING**

The parties appeared for final hearing on supervised release violation and allocution hearing as noted. The Defendant previously stipulated to the violations in the Supervised Release Violation Report. The Court heard statements of counsel on the recommended disposition (DE #354). The Defendant allocated. The Court, being sufficiently advised, hereby ORDERS as follows:

1. The Court ADOPTS Magistrate Judge Edward B. Atkins's Recommended Disposition (DE #354) with the following exception: Defendant shall have no supervision following her term of incarceration. A separate revocation judgment will be entered. The Court orally advised the defendant of her right to appeal.

2. The Defendant is remanded to custody of United States Marshal.

Copies: COR, USP, USM
Initials of Deputy Clerk  km
TIC: /12